In the Matter of GRACE U. BARTON et al., Appellants. HUNTER ELECTRO-COPYIST AGENCY, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

FRED M. COOPER, Doing Business as ALPHA HAT COMPANY, Respondent, v. ARONOWITZ, INC., Appellant and Third-Party Plaintiff. PURO FILTER CORPORATION OF AMERICA, Third-Party Defendant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THALMA G. PIERCE, Appellant, v. CECELIA C. GUFFIN, Respondent, et al., Defendants.— Under the present circumstances, we think it would be preferable to permit plaintiff to replead, either in law or in equity, subject to renewal by defendant of any motion she may make with respect to the new pleading. Order unanimously modified accordingly and, as so modified, affirmed, without costs. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

WILLIAM S. BOYD, Respondent, v. SHERIDAN & DUNCAN, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

In the Matter of ALICE BREGENCER, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

JAMES P. McGRANERY, Attorney General of the United States, as Successor to the Alien Property Custodian, et al., Respondents, v. JAEGER WATCH COMPANY, INC., Appellant.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Liquidation of YOKOHAMA SPECIE BANK, LTD. SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK et al., Appellants; EUGENE T. SINGER, Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondent-respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [200 Misc. 610.]

In the Matter of MORRIS NEEDLEMAN, Appellant, against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 814.]